CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

SEP 04 2009

JOHN F. CORCORAN, CLERK
BY /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Case No. 1:09CR00033 |
| | : | |
| CRYSTAL LYNN COLEMAN | : | Violations: 18 U.S.C. § 3146(a)(1) |

INFORMATION

COUNT ONE

The United States Attorney charges that:

1. On or about August 26, 2009, in the Western District of Virginia and elsewhere, CRYSTAL LYNN COLEMAN, having been charged with a violation of Title 18, United States Code, Section 472, an offense punishable by imprisonment for a term of 15 years or more, and having been released pursuant to chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charge, did knowingly and willfully fail to appear before a court as required by the conditions of release.

2. All in violation of Title 18, United States Code, Section 3146(a)(1).

This 4th day of September, 2009

JULIA C. DUDLEY
United States Attorney

*United States v. Coleman*
Page 1 of 1